STATE OF LOUISIANA * NO. 2021-K-0485

VERSUS * COURT OF APPEAL

ARTHUR WILLIAMS * FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*
* * * * * * *

**LOBRANO. J., CONCURS IN PART AND DISSENTS IN PART AND ASSIGNS REASONS**

I would remand to the district court to correct the sentence in accordance with *State ex rel. Esteen v. State*, 16-0949 (La. 1/30/18), 239 So.3d 233. I would deny the application in all other respects.